AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 12/14/20)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>Korea Post parcel with Tracking # EB059491018KR, addressed to "ALEX KHADAVI, 16260 VENTURA BLVD STE 140, ENCINO, CALIFORNIA 91436" | ) ) ) ) ) ) ) ) )   Case No.  2:23-MJ-06063 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A1*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B1*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued:   November 27 2023 @ 12:24 p.m.       _/s/ Jean Rosenbluth_
                                                            Judge's signature

City and state:   Los Angeles, CA         Hon. Jean Rosenbluth, United States Magistrate Judge
                                                            *Printed name and title*

AUSA: Joseph O. Johns (213)503-1690

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:23-MJ-06063 | Date and time warrant executed:<br>11/28/2023   1153 | Copy of warrant and inventory left with:<br>CBP |
| Inventory made in the presence of:<br>CBPO H. Lopez | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Eleven Juvederm Ultra Plus XC Dermal Filler Injections | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/28/2023

_____
Executing officer's signature

CBPO Lopez, H. Officer
Printed name and title

## ATTACHMENT A1

### THE PROPERTY TO BE SEARCHED

The property to be searched is the **SUBJECT PARCEL 1**. The **SUBJECT PARCEL 1** is described as a Korea Post parcel with Tracking #EB059491018KR. It is addressed to "ALEX KHADAVI, 16260 VENTURA BLVD STE 140, ENCINO, CALIFORNIA 91436" with a return address of "Brian Lee, 201Ho 191 Dongho-ro Jung-gu, Seoul, 04598, Rep. of KOREA." The **SUBJECT PARCEL 1** weighs approximately 2.83 pounds. The **SUBJECT PARCEL 1** is in the custody of the CBP.

## ATTACHMENT B1

### ITEMS TO BE SEIZED

The items to be seized from the **SUBJECT PARCEL 1** are evidence of the crimes of the SUBJECT OFFENSES, in violation of 21 U.S.C. §§ 331(a), (c), and 333(a)(1), (2), and described as follows:

1. Any foreign, unapproved medical products and/or otherwise adulterated and/or misbranded devices, including, but not limited to, Juvederm® injectable gel devices;

2. All purchase orders, shipping records, invoices, packaging materials, labels, inserts, and directions for use for foreign, unapproved medical products; and

3. Any notes, correspondence, or other documents reflecting communications between the shipper and addressee that are located within the **SUBJECT PARCEL 1**.